Filed 5/17/22  P. v. Arias CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JUAN JOSE ARIAS,<br><br>    Defendant and Appellant. | 2d Crim. No. B316706<br>(Super. Ct. Nos. 2020020130,<br>2020032243)<br>(Ventura County) |

Juan Jose Arias pleaded guilty in two cases being appealed:  resisting an officer by force (Pen. Code,[1] § 69, subd. (a)) and trespass by threat (§ 601, subd. (a)).  He also admitted he was out on bail when he committed both offenses.  (§ 12022.1, subd. (b).)

In a third case, which for some reason is not part of this appeal, Arias pleaded guilty to trespass by threat and evading an officer (Veh. Code, § 2800.2, subd. (a)) and admitted to

---

[1] All statutory references are to the Penal Code unless otherwise stated/

being out on bail.  The parties agreed to a total sentence of 11 years for all three cases.  The trial court sentenced Arias to 11 years as follows:  the upper term of three years for one count of trespass by threat, consecutive middle terms of eight months for each of the three remaining offenses, and consecutive terms of two years each on three enhancements for committing the offenses while out on bail.

Arias entered the residence of the mother of his children in violation of a stay away order and fought with officers who tried to arrest him.  He appeals his sentence.

We appointed counsel to represent Arias in this appeal.  After examining the record, he filed a brief raising no issues.

On March 29, 2022, we advised Arias by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We received no reply.

We have reviewed the entire record and are satisfied that Arias's attorney has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d. 436, 441.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>


GILBERT, P. J.

We concur:


YEGAN, J.


PERREN, J.

2

Rocky J. Baio, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.